IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN BASTO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:18-CV-3140-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that plaintiff has now informed the court regarding consent to proceed before a Magistrate Judge. Good cause appearing therefor, the order to show cause issued on May 8, 2019, is hereby discharged.

       IT IS SO ORDERED.

Dated: May 24, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1