BARBARA MANN SBN: 127346
Attorney at Law
P. O. Box 6331
Albany, CA 94706
b.mann9@gmail.com
Phone: (510) 517-2543
Fax: (888) 669-5790

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOANN BASTO<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration<br><br>    Defendant. | Case No. 2:18-cv-03140-DMC<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for filing Plaintiff's Motion for Summary Judgment be extended from July 1, 2019 to July 15, 2019. This is Plaintiff's first request for an extension of time. Plaintiff respectfully requests this additional time because Plaintiff's counsel has a higher than normal workload. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                      Respectfully submitted,

Dated: June 25, 2019         */s/ Barbara Mann*

                      Attorney for Plaintiff

| | |
|---|---|
| 1 | BARBARA MANN SBN: 127346 |
| 2 | Attorney at Law<br>P. O. Box 6331 |
| 3 | Albany, CA 94706<br>b.mann9@gmail.com |
| 4 | Phone: (510) 517-2543<br>Fax: (510) 255-6272 |
| 5 | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOANN BASTO | Case No. 2:18-cv-03140-DMC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for filing Plaintiff's Motion for Summary Judgment be extended from July 1, 2019 to July 15, 2019. This is Plaintiff's first request for an extension of time. Plaintiff respectfully requests this additional time because Plaintiff's counsel has a higher than normal workload. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 27, 2019         */s/ Barbara Mann*

                             Attorney for Plaintiff

Dated:  June 27, 2019        ELLINOR R. CODER, CSBN 25828
                             Special Assistant United States Attorney
                             160 Spear Street, Suite 800
                             San Francisco, CA  94105
                             Telephone: (415) 977-8955
                             Fax: (415) 744-0134
                             Email: Ellinor.Coder@ssa.gove

                             By:    */s/ Ellinor R. Coder*
                                    (via email authorization Ellinor.Coder@ssa.Gov)

                             Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED:


Dated:  June 28, 2019
                                                _____
                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE